1  CENTER FOR DISABILITY ACCESS
   Amanda Seabock, Esq., SBN 289900
2  Dennis Price, Esq., SBN 279082
   Prathima Price, Esq., SBN 321378
3  Elliott Montgomery, Esq., SBN 279451
   8033 Linda Vista Road, Suite 200
4  San Diego, CA 92111
   (858)375-7385; Fax (888)422-5191
5  ElliottM@potterhandy.com

6

7

8                 UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11  **Orlando Garcia**,              ) Case No. 3:21-CV-03743-JCS
                                     )
12          Plaintiff,               ) **JOINT STIPULATION FOR**
                                     ) **DISMISSAL PURSUANT TO**
13                                   ) **F.R.CIV.P. 41(A)(1)(a)(ii)**
    v.                               )
14                                   )
    **Jesus Garcia Maciel;**         )
15  **Monique Renee Ramos;**         )
    **Guadalupe Murillo;**           )
16  **Rigoberto Murilla**,           )
                                     )
17                                   )
            Defendants.              )
18                                   )
                                     )
19

20

21                        **STIPULATION**

22

23      Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the
24  parties hereto that this action may be dismissed without prejudice as to all parties.
25  //
26  //
27

28

| | | |
|---|---|---|
| 1 | Dated: February 24, 2022 | CENTER FOR DISABILITY ACCESS |
| 2 | | |
| 3 | | By:  /s/ Elliott Montgomery  |
| 4 | | Elliott Montgomery |
| 5 | | Attorneys for Plaintiff |
| 6 | | |
| 7 | Dated: February 24, 2022 | |
| 8 | | |
| 9 | | By:  /s/ Arlo Hale Smith  |
|   | | Arlo Hale Smith |
| 10 | Dated: February 28, 2022 | Attorney for Defendant |

*IT IS SO ORDERED*

Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA